**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JERYSSE UZOEGWU, on behalf of herself as an
individual and on behalf of others similarly situated,

                              Plaintiff,

           - against -

JANET YELLEN, in her official capacity as Secretary
of the United States Department of Treasury; the
UNITED STATES DEPARTMENT OF TREASURY;
CHARLES P. RETTIG, in his official capacity as
Commissioner of the United States Internal Revenue
Service; the UNITED STATES INTERNAL REVENUE
SERVICE; and the UNITED STATES OF AMERICA,

                          Defendants.[1]

**No. 20 Civ. 3264 (NRB)**

**STIPULATION AND**
~~**[PROPOSED]**~~ **ORDER**
**OF VOLUNTARY DISMISSAL**

       Plaintiff Jerysse Uzoegwu and Defendants Janet Yellen, U.S. Department of the

Treasury, Charles P. Rettig, U.S. Internal Revenue Service, and the United States of America

submit this stipulation of voluntary dismissal as to all claims alleged in this action.

       IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this

action is dismissed without prejudice and without costs or attorney's fees to either party.

---

[1] Janet Yellen is automatically substituted for Steven T. Mnuchin. *See* Fed. R. Civ. P. 25(d).

Respectfully Submitted,

New York, New York
February 19, 2021

New York, New York
February 18, 2021

DEREK SMITH LAW GROUP, PLLC
Attorney for Plaintiff

AUDREY STRAUSS
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: _____

ALEXANDER G. CABECEIRAS
One Penn Plaza, Suite 4905
New York, New York 10119
Tel: (212) 587-0760

REBECCA R. FRIEDMAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel: (212) 637-2614

SO ORDERED:

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

_____ New York, New York
Date   February 18, 2021